**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BANK OF AMERICA N.A., NEW PENN FINANCIAL LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, | : | No. 456 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondents | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ROCCO PAPAPIETRO, ANTHONY PAPAPIETRO, AND JOSEPH PAPAPIETRO, | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.